**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| VICKY ROBINETTE,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-143<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

---

**ORDER**

---

Before the Court is Magistrate Judge Debra C. Poplin's report and recommendation (Doc. 30). On September 15, 2025, Plaintiff filed a complaint requesting review of the Administrative Law Judge's decision denying her application for Social Security Disability Insurance benefits. (Doc. 1.) On May 29, 2026, the parties filed a joint motion to remand the case pursuant to 42 U.S.C. § 405(g) (Doc. 22), which was granted on June 10, 2026 (Docs. 23, 24). On September 8, 2026, Plaintiff filed the present motion for attorney's fees (Doc. 25). Judge Poplin recommends that the Court grant Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.[1] (Doc. 30.)

The Court agrees with Magistrate Judge Poplin's well-reasoned conclusions. Accordingly, it hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's report and

[1] Judge Poplin also notified the parties that any objections to the report and recommendation must be filed within 14 days. (Doc. 25, at 5 n.2.) No objections have been filed to Judge Poplin's report and recommendation.

recommendation (Doc. 30). Plaintiff's motion for attorney's fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412 (Doc. 25) is **GRANTED**.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**